# Court of Appeals
# of the State of Georgia

ATLANTA, May 10, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1577.    ROSHNI V. PATEL v. KENSINGTON COMMUNITY ASSOCIATION, INC.**

In April 2015, the trial court entered a judgment in favor of Kensington Community Association, Inc. and against Roshni V. Patel for unpaid homeowners' association fees.  Patel appealed and this Court affirmed the judgment. *Patel v. Kensington Community Assn,* 340 Ga. App. 896 (797 SE2d 235) (2017).  In June 2017, Patel filed a motion to set aside the judgment pursuant to OCGA § 9-11-60.  The trial court denied the motion to set aside and granted Kensington OCGA § 9-15-14 attorney fees.  Patel then filed this direct appeal.  We, however, lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8).  Furthermore, an appeal from a trial court order awarding OCGA § 9-15-14 attorney fees must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (10), (b); *Capricorn Systems, Inc. v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002).  "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).  Patel's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  05/10/2018*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*